UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
                                       )    CASE NO. CR18-174-RAJ
      Plaintiff,                   )
                                       )
      v.                               )
                                       )    DETENTION ORDER
BELINDA CRUZ,                          )
                                       )
      Defendant.                )
                                       )

<u>Offense charged</u>:     Conspiracy to Distribute Controlled Substances; Asset Forfeiture Allegations

<u>Date of Detention Hearing</u>:    July 20, 2018.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

      1.      Defendant has been charged with a drug offense, the maximum penalty of which

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant was convicted in 2008 of another drug trafficking offense, completing supervised release in 2011. Just a few years later, she is charged with another drug trafficking offense, allegedly as a multiple kilo dealer of heroin with direct connections to Mexico and access to large amounts of cash. The defendant was stopped in a vehicle in January 2018 in California in which allegedly a large quantity of cash was found, including almost $12,000 in a bag on her lap. She is alleged to have given false information about the quantity of cash in her possession and the destination. The AUSA proffers that after the car stop defendant did not return to her residence in Washington state for three months, living in Las Vegas.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 20th day of July, 2018.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3